# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

FILED HARRISBURG, PA FEB 14 2019 Per ___ CLERK

| | |
|---|---|
| United States of America<br>v.<br>Thomas Parker | ) Case No: 4:06-CR-175-08<br>) <br>) USM No: 13330-067 |
| Date of Original Judgment: July 24, 2007<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | ) Frederick W. Ulrich, Assistant Federal Public Defender<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __188 months imprisonment and four years supervised release__ months **is reduced to** __151 months imprisonment and three years supervised release__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __07/24/2007__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __2-13-19__

_____
Judge's signature

Christopher C. Conner, Chief Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*